AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2016 APR -4 PM 4:12

___U.S.A.___
Plaintiff

v.

___Emmanuel Gazmey-Santiago___
Defendant

Case No. 16 - 554 (m)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

___Emmanuel Gazmey-Santiago___.

Date: 4/4/2016

_Attorney's signature_

Edwin E. León León  USDCPR-218206
_Printed name and bar number_

Calle Loíza #2153
Suite 1-Altos  San Juan, P.R.
00913-45-12
_Address_

eleonleon@hotmail.com
_E-mail address_

787-661-2200 - office
_Telephone number_

787-919-0656 - office
_FAX number_